# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CORRIE L. VERSIE**                                                  **PLAINTIFF**

v.                                    **No. 3:14-cv-290-DPM-JWC**

**CRAIGHEAD COUNTY
DETENTION CENTER**                                          **DEFENDANT**

## ORDER

Unopposed recommendation, № 3, adopted.  FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes).  An *in forma pauperis* appeal from this

Order and accompanying Judgment would not be taken in good faith.  28

U.S.C. § 1915(a)(3).

So Ordered.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_12 February 2015_