IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORRIE L. VERSIE                               PLAINTIFF

v.                  No. 3:14-cv-290-DPM

CRAIGHEAD COUNTY
DETENTION CENTER                         DEFENDANT

## JUDGMENT

Versie's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge
12 February 2015